IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN LAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:25-CV-2430-K |
| | § | |
| TX ROYAL PALACE, LLC, ZHONG LI, | § | |
| DEX INVESTMENTS, HELENA PAVEL | § | |
| and JOHN DOES 1-20, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was transferred to this Court on September 9, 2025. Plaintiff's Counsel Marshal J. Hoda is not admitted to practice in the United States District Court for the Northern District of Texas. Therefore, within 21 days from the date of this order, counsel for Plaintiff, must either become admitted to practice in this District (*See* LR 83.7), or move the Court to be admitted *Pro Hac Vice* (*See* LR 83.9(b)).

Further, Local Counsel in this Court is required, and therefore within 21 days from the date of this order, counsel for Plaintiff must also designate local counsel pursuant to Local Civil Rule 83.10(a). Upon said appearance, the undersigned requires local counsel to sign <u>all documents</u> filed with this Court pursuant to Rule 11 of the Federal Rules of Civil Procedure. The undersigned's Judge Specific Requirements can be found at https://www.txnd.uscourts.gov/judge/district-judge-ed-kinkeade.

- 2 -

Failure to comply with this order may result in sanctions.

**SO ORDERED.**

Signed September 9th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE